**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

YIELDMO, INC.,

                      Plaintiff,

    -against-                                    25 **CIVIL** 737 (PAE)

## JUDGMENT

TEADS, INC., TEADS SA, and TEADS SARL,

                      Defendants.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2025, the Court holds that the Patents at issue are drawn to patent ineligible subject matter, and therefore has granted Teads's motion to dismiss for failure to state a claim; accordingly, the case is closed.

**Dated:** New York, New York

       July 21, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                               **BY:**       K. Mango

                                                          **Deputy Clerk**